PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WRAHSAAN BARRINGER, | ) | CASE NO. 5:09CV01260 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| BENNIE KELLY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

Before the Court is the Report and Recommendation of Magistrate Judge Kenneth S. McHargh recommending that *pro se* Petitioner Wranhsaan Barringer's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed.[1]  ECF No. 7.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.  28 U.S.C. § 636(b)(1)(C).  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd, Thomas v. Arn*, 474 U.S. 140, 145 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Parties must file objections to a Report and Recommendation within fourteen days of service.  *Id.*; Fed. R.

---

[1]  The matter was referred to  Magistrate Judge Kenneth S. McHargh for the preparation of a Report and Recommendation on the petition for writ of habeas corpus pursuant to Local Rule 72.2.

(5:09CV01260)

Civ. P. 72(b)(2).  Failure to object within this time waives a party's right to appeal the district

court's judgment.  *Thomas*, 474 U.S. at 145.  Absent objection, a district court may adopt a

magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

     In the instant case, Petitioner Barringer has not filed objections to the Report and

Recommendation.  The Court finds that the Report and Recommendation is supported by the

record, and agrees with the recommendation to dismiss the instant petition pursuant to 28 U.S.C.

§ 2243, and that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be

taken in good faith.

     Accordingly, the Court adopts Magistrate Judge Kenneth S. McHargh's Report and

Recommendation.  ECF No. 7.  Petitioner Barringer's petition (ECF No. 1) is dismissed, and an

appeal from this decision could not be taken in good faith.

     The Clerk of this Court shall send a copy of the Order by regular mail to Wrahsaan

Barringer at Trumbull Correctional Institution PO Box 901 5701 Burnett Road, Leavittsburg, OH

44430-0901.


     IT IS SO ORDERED.



August 9, 2011                            */s/ Benita Y. Pearson*
Date                                     Benita Y. Pearson
                                        United States District Judge